UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NAVEED AFZAL HAQ,<br><br>               Plaintiff,<br><br>  v.<br><br>JAMES R. KEY, "JOHN" CLUEVER, "JANE" DOUGLAS and C/O JOHN DOE,<br><br>               Defendants. | NO: 2:20-CV-0265-TOR<br><br>ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE AND DIRECTING THAT COLLECTION OF THE FILING FEE CEASE |

BEFORE THE COURT is Plaintiff Naveed Afzal HaQ's Motion to Voluntarily Dismiss Complaint pursuant to Fed. R. Civ. P. 41(a), ECF No. 22. Defendants have not been served in this action. Accordingly, **IT IS ORDERED** Plaintiff's Motion is **GRANTED** and the Complaint is **DISMISSED WITHOUT PREJUDICE.**

Plaintiff also requests that collection of the remaining balance of the filing fee be waived. For good cause shown, **IT IS ORDERED** that Plaintiff's Motion to

ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE AND
DIRECTING THAT COLLECTION OF THE FILING FEE CEASE -- 1

1  Waive Collection of the Filing Fee, ECF No. 23, is **GRANTED** and the institution
2  having custody of Mr. HaQ shall cease collection of the filing fee in this action,
3  cause number **2:20-CV-0265-TOR**.

4      **IT IS SO ORDERED**.  The Clerk of Court is directed to enter this Order,
5  enter judgment of dismissal without prejudice, provide a copy to Plaintiff and close
6  the file.  The Clerk of Court is further directed to provide a copy of this Order to the
7  **Department of Corrections, Attn: LFO/COS UNIT** to forward to the appropriate
8  agency having custody of Plaintiff.  The Clerk of Court also shall provide a copy of
9  this Order to the Financial Administrator for the United States District Court, Eastern
10 District of Washington.

11     **DATED** October 13, 2020.



                THOMAS O. RICE
                United States District Judge